JAMES N. FIEDLER (SBN 36643)
SPIRE LAW GROUP, LLP
6700 Fallbrook Avenue
Suite 100
West Hills, CA 91307
Phone (877) 438-8766
Fax (818) 597-2132
E-mail: fielders.army@gmail.com

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBORAH ABEEL , and individual, | CASE NO.:  12-cv-10586-JFK-MAN |
| Plaintiff, | |
| vs. | |
| | **PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FED. R. CIV. P. 41(A)(1)** |
| BANK OF AMERICA, N.A., et al. | |
| Defendants. | |
| | Date filed: 12/11/12 |
| | Assigned to: Judge John F. Walter |
| | Referred to: Magistrate Judge Margaret A. Nagle |

-------------------------------------------------------------------

-1-

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

NOTICE IS HEREBY GIVEN that, pursuant to Fed. R. Civ. P. 41(a)(1) and now that the transfer from the Eastern District of New York is complete, Plaintiff Deborah Abeel voluntarily dismisses this action <u>without prejudice</u> as against all Defendants .

DATED:  December 27, 2012                    Respectfully Submitted,

                                                                   SPIRE LAW GROUP, LLP


                                                                   By:_____
                                                                         James N. Fiedler
                                                                         Attorney for Plaintiff

**PROOF OF SERVICE**

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 6700 Fallbrook Avenue, Suite 100, West Hills, CA 91307.

On December 27, 2012, I served the following document described as Plaintiff's Voluntary Dismissal without Prejudice in this action as follows:

☐   By placing true copies enclosed in a sealed envelope addressed to each addressee as follows:

SEE ATTACHED LIST

☐   BY MAIL:

☐   I deposited each envelope in the mail at Los Angeles, CA, with postage thereon fully paid.

☐   I am "readily familiar" with the firm's practice for collection and processing correspondence for mailing with the U.S. Postal Service. Under that practice, and in the ordinary course of business, correspondence would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at our business address in Los Angeles, California. Each of the above envelopes was sealed and placed for collection and mailing on that date following ordinary business practices.

X   TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF"): the foregoing document will be served by the court via NEF. On December 27, 2012 I checked the CM/ECF docket for this case and determined that the following persons are on the Electronic Mail List to receive NEF transmission at the email address(es) indicated in the attached service list.

Executed on December 27, 2012, at Los Angeles, California. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

____Rasika Reichardt____

PLAINTIFFS' VOLUNTARY DISMISSAL WITHOUT PREJUDICE

1

## Service List

2

3

*Deborah Abeel vs. Bank of America, N.A. et al.*
United States District Court, Central District of Calfioria
Case No. 12-cv-10586-JFK-MAN

4

5

Christine B Cesare

6

Bryan Cave LLP

7

1290 Avenue of Americas
New York, NY 10104

8

212-541-2000

9

Fax: 212-541-1375

10

Scott Harris Kaiser

11

Bryan Cave LLP

12

1290 Avenue of the Americas
New York, NY 10104-3300

13

212-541-1195

14

Fax: 212-541-1375

15

Nafiz Cekirge

16

Bryan Cave LLP

17

120 Broadway Suite 300
Santa Monica, CA 90401-2386

18

310-576-2100
Fax: 310-576-2200

19

Email: nafiz.cekirge@bryancave.com

20

Daniel James Horwitz

21

Lankler and Carragher LLP

22

845 Third Avenue 17th Floor
New York, NY 10022

23

212-812 8916

24

Fax: 212-812 8920

25

David Dunn

26

Hogan and Hartson LLP

27

875 Third Avenue
New York, NY 10022

28

212-918-3000

1   Fax: 212-918-3100

2
3   Lisa Fried
    Hogan Lovells LLP
4   875 Third Avenue
    New York, NY 10022
5   212-918-3000
6   Fax: 212-918-3100

7
    Richard E Gottlieb
8   Dykema Gossett
9   10 South Wacker Drive Suite 2300
    Chicago, IL 60606
10  312-876-1700
11  Fax: 312-627-2302

12
    Justin D Balser
13  Akerman Senterfitt LLP
    725 South Figueroa Street 38th Floor
14  Los Angeles, CA 90017-5433
15  213-688-9500
16  Fax: 213-627-6342
    Email: justin.balser@akerman.com
17
18  William Graig Sandelands
    Tompkins McGuire Wachenfeld and Barry LLP
19  Four Gateway Center 100 Mulberry Street
20  Newark, NJ 07102
    973-622-3000
21  Fax: 973-623-7780
22
23  Mitra Singh
    Houser and Allison APC
24  60 East 42 Street Suite 1148
25  New York, NY 10165
    212-490-3333
26  Fax: 212-490-3332
27
    Richard Gerard Haddad
28  Otterbourg Steindler Houston and Rosen PC

230 Park Avenue
New York, NY 10169
212-661-9100
Fax: 212-682-6104

Matthew Richard Kalinowski
Morgan Lewis and Bockuis LLP
101 Park Avenue
New York, NY 10178
212-309-6785
Fax: 212-309-6001