UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

NOTICE OF DOCUMENT DISCREPANCIES

FILED
CLERK U.S. DISTRICT COURT
AUG - 1 2013
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

To: ☑ U.S. District Judge / ☐ U.S. Magistrate Judge  Walter

From: M. Zavala, Deputy Clerk    Date Received: 7/8/13

Case No.: CV12-10586-JFW (MAN)    Case Title: Abeel v. Adams

Document Entitled: Miscellaneous loose documents

Upon the submission of the attached document(s), it was noted that the following discrepancies exist:

- ☐ Local Rule 5-4.1 — Documents must be filed electronically
- ☐ Local Rule 6-1 — Written notice of motion lacking or timeliness of notice incorrect
- ☐ Local Rule 7-19.1 — Notice to other parties of ex parte application lacking
- ☐ Local Rule 7.1-1 — No Certification of Interested Parties and/or no copies
- ☐ Local Rule 11-3.1 — Document not legible
- ☐ Local Rule 11-3.8 — Lacking name, address, phone, facsimile numbers, and e-mail address
- ☐ Local Rule 11-4.1 — No copy provided for judge
- ☐ Local Rule 11-6 — Memorandum/brief exceeds 25 pages
- ☐ Local Rule 11-8 — Memorandum/brief exceeding 10 pages shall contain table of contents
- ☐ Local Rule 15-1 — Proposed amended pleading not under separate cover
- ☐ Local Rule 16-7 — Pretrial conference order not signed by all counsel
- ☐ Local Rule 19-1 — Complaint/Petition includes more than 10 Does or fictitiously named parties
- ☐ Local Rule 56-1 — Statement of uncontroverted facts and/or proposed judgment lacking
- ☐ Local Rule 56-2 — Statement of genuine disputes of material fact lacking
- ☐ Local Rule 83-2.5 — No letters to the judge
- ☐ Fed. R. Civ. P. 5 — No proof of service attached to document(s)
- ☑ Other: This case terminated on 12/27/12. Mr. Bernadel is not a party to any action in this Court.

Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.

ORDER OF THE JUDGE/MAGISTRATE JUDGE

IT IS HEREBY ORDERED:

☐ The document is to be filed and processed. The filing date is ORDERED to be the date the document was stamped "received but not filed" with the Clerk. Counsel* is advised that any further failure to comply with the Local Rules may lead to penalties pursuant to Local Rule 83-7.

_____    _____
Date                        U.S. District Judge / U.S. Magistrate Judge

☐ The document is **NOT** to be filed, but instead **REJECTED**, and is ORDERED returned to counsel.* Counsel* shall immediately notify, in writing, all parties previously served with the attached documents that said documents have **not** been filed with the Court.

AUG - 1 2013              [signature]
Date                        U.S. District Judge / U.S. Magistrate Judge

* The term "counsel" as used herein also includes any pro se party. See Local Rule 1-3.

COPY 1 -ORIGINAL-OFFICE    COPY 2 -JUDGE    COPY 3 -SIGNED & RETURNED TO FILER    COPY 4 -FILER RECEIPT

CV-104A (06/13)    NOTICE OF DOCUMENT DISCREPANCIES

# CERTIFICATE OF SERVICE

I, Mario-Gerard:Bernadel(c), hereby certify that I have served a true and correct copy of the foregoing:

1. Accepted For Value Presentment of Research Request per Case/Account 2:12CV10586-JFW-MAN

2. Accpeted For Value Apostille Stamp of UCC File 2007-153-5536-8 (WA) Diplomatic Status

3. This Certificate of Service.

Total pages sent 3

upon the defendant/defendants and/or his attorney/attorneys of record by placing same in a sealed postage paid envelope to:

Clerk of the Court :Terry Nafisi
U.S. District Courtof California
312 North Springs Street, Room G-8
Los Angeles, CA 90012

and deposited in the United States mail at FCI Memphis, on this 5th. day of July 20 13.

I hereby declare under penalty of perjury the above is true and correct 28 U.S.C. § 1746.

/S/ *[signature]*

Mario-Gerard:Bernadel(c)
Secured-Party/Creditor
Diplomatic No. 2007-163-5536-8



**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**
312 North Spring Street, Room G-8
Los Angeles, CA 90012
Tel: (213) 894-3535

**SOUTHERN DIVISION**
411 West Fourth Street, Suite 1053
Santa Ana, CA 92701-4516
(714) 338-4570

**EASTERN DIVISION**
3470 Twelfth Street, Room 134
Riverside, CA 92501
(951) 328-4450

**TERRY NAFISI**
District Court Executive and
Clerk of Court

February 11, 2013

Mario-Gerard:Bernadel(c)
Diplomatic Certified No. 201200008877792
FEDERAL CORRECTIONAL INSTITUTION
P.O. BOX 34550
MEMPHIS, TN  38134

Re: **Research Request**, 2:12CV10586-JFW-MAN

Dear Sir/Madam:

☐ Please sign up to the **Public Access to Court Electronic Records (PACER)** system at www.pacer.psc.uscourts.gov. Pursuant to 31 U.S.C. § 9306 4.5, no free information will be provided to federal agencies that is available electronically.

☐ You must provide a case number and additional detailed information in order to process your request.

☐ Please be advised that a non-refundable processing fee of $30.00 per case, name, or item researched is required before we can complete your request. In addition, the following rates may apply; photocopying of a document at $0.50 per page, certification at $11.00 per document plus photocopying fees.

☐ We are unable to accept your check. Checks that may be accepted include: cashier's check, certified bank check, business or corporate check, or a money order drawn on a major American bank or the United States Postal Service. **Personal checks or checks drawn on non-business accounts are not accepted.**

☐ The case file requested has been archived to the National Archives & Records Administration. To view the file, please refer to the attached literature.

☐ For transcript information, please refer to the court's website at www.cacd.uscourts.gov.

☑ The remaining cost of service requested is $ 70.50_____. This reflects the following:
   ☑ Photocopies numbering 141_____ at a cost of $0.50 per page.
   ☐ Certification of _____ document(s) at a cost of $11.00 per document.
   ☐ Exemplification of _____ document(s) at a cost of $21.00 per document.

☐ Compilation of statistics and data are not provided.

☑ In forma-pauperis status, waiver of fees for copies, research or certifications does not apply to your request. You were granted a waiver of pre-payment of the filing fee only.

---

G-31 (09/12)                        LETTER RE: COPY COST                        Page 1 of 2

☐ The Freedom of Information Act does not apply to the judicial branch of the federal government, 5 U.S.C. § 551(1)(B).

☑ Other  The above quote rate is for a copy of the docket sheet. After purchasing a copy of the docket sheet, you may then request to purchase specific documents by item number as shown therein. We will then be able to provide a page count. Photocopies are charged at $0.50 per page.

The above quoted rates are established pursuant to Title 28, Section 1914 of the United States Code. Please make remittance in the form of a cashier's check, certified bank check, business or corporate check, or a money order drawn on a major American bank or the United States Postal Service, payable to "Clerk, U.S. District Court." **Personal checks or checks drawn on non-business accounts will not be accepted.**

Forward a self-addressed stamped envelope of sufficient size to hold the request, a copy of this letter and your original request to the attention of: Correspondence Clerk

☑ Western Division, 312 N. Spring Street, Room G-8 L.A., CA 90012
☐ Southern Division, 411 W. Fourth St., Ste. 1-053, Santa Ana, CA 92701-4516
☐ Eastern Division, 3470 Twelfth Street, Room 134, Riverside, CA 92501-3000

**PLEASE NOTE:** Photocopies that do not require certification or exemplification may be duplicated by the contracted photocopy service available in each divisional office. For copy costs and further information, the photocopy service may be contacted as follows:

**Western Division**
ABC Scanning & Imaging Services
312 N. Spring Street, Suite G-7A
Los Angeles, CA 90012
213-253-9413
213-253-9414 (fax)

**Southern Division**
411 W. Fourth Street, Suite 1-053
Santa Ana, California 92701
714-338-4746

**Eastern Division**
Riverside cases: Eastern Division
US District Court/Records Department
3470 12th Street, Room 134
Riverside, CA 92501
951-328-4450

Criminal and Civil docket information is available on-line. For Pacer information, please contact 800-676-6856 or www.pacer.psc.uscourts.gov.

Information regarding forms, local rules, and other procedures may now be obtained from the court's website at: http://www.cacd.uscourts.gov.

Requests to the Records Section can be submitted via e-Mail to the following address: Records_CACD@cacd.uscourts.gov.

U.S. District Court

By L. Hernandez
Deputy Clerk

Washington State Department of Licensing
Uniform Commercial Code
Debtor Information Search Report

"SECURITY AGREEMENT" RECORDED IN: PIMA COUNTY RECORDING OFFICE
IN TUCSON, ARIZONA ON: 06/06/2007
DOCKET #:      13070
SEQUENCE #:   2007-1090029

*ACCEPTED FOR VALUE, HONOR AND CONSIDERATION EXEMPT FROM LEVY. By: Mario-Gerard:Bernadel(c), Authorized Representative Dated: July 05, 2013*

Search number:          2009-174-8303-7S

Name as provided:

Individual Name:        BERNADEL, mario (Secured Party)

Name searched:

Individual Name:        BERNADELMARIO

Lien type searched:     All
Lien status searched:   All
Search limited by:
Search logic used:      Standard

Report:                 6/23/2009 5:34:58 PM
Through date:           6/21/2009

Certification:
The filing office certifies that the attached list is a true and exact representation of all financing statements and non-UCC liens for the name searched, as filed with the Department of Licensing, Uniform Commercial Code Program, as of the through date shown above. But a limited search may not reveal all records of the name searched and the searcher bears the risk of relying on such a search.

Elizabeth Luce, Director, Department of Licensing

3